41 A.3d 1286

**Brian STRAUSS, Respondent**

**v.**

**Yildiz STRAUSS, Petitioner.**

Supreme Court of Pennsylvania.

April 24, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as phrased by petitioner, is:

> Did the Superior Court err, as a matter of law, when it determined that, as a matter of first impression, that the settlement of estate litigation was not the proceeds of the lawsuit, and, therefore, marital property, but excluded from marital property as being property received as either "devise, bequest, or descent?"